HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALEXANDER TOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00023-MJS |
| Plaintiff, | STIPULATION TO CONTINUE REVIEW HEARING;  ORDER |
| vs. | |
| ALEXANDER TOM, | Date:  May 3, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alexander Tom, that the review hearing currently scheduled for April 19, 2016, may be moved to May 3, 2016, at 10:00 a.m.

On May 19, 2015, Mr. Tom pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2).  That same date, the Court granted a deferred entry of judgment and ordered Mr. Tom to pay a $500 fine, complete 50 hours of community service, and file a progress report after completing an ADHD treatment program stating whether any further treatment is recommended.

On April 18, 2016, Mr. Tom mailed a check for $500 and proof of completion of community service to the United States Courthouse.  That same date, Mr. Tom submitted to the Court a letter from his physician documenting his progress with the ADHD program.

1  The parties request that the Court continue the review hearing currently scheduled for
2  April 19, 2016, to May 3, 2016.  This continuance will allow the clerk's office time to process
3  Mr. Tom's $500 payment and for defense counsel to receive proof of completion of community
4  service and provide such proof to the Legal Office for review.  This continuance is requested
5  with the intention of conserving time for the parties and the Court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  April 18, 2016        */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 18, 2016         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALEXANDER TOM


**O R D E R**

The Court hereby grants the parties' request to continue the review hearing from April 19, 2016, to May 3, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 19, 2016              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE