Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER TOM,<br><br>　　　　　　Defendant. | DOCKET NO: 6:15-mj-023-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 2 – possession of a controlled substance. TOM plead Guilty to Count 2 – possession of a controlled substance (LSD), and Count 1 was dismissed on May 19, 2016, with a 12 month deferred entry of judgment. TOM was ordered to 12 months of unsupervised probation, pay a $500 fine, and complete 50 hours of community service. TOM has fully complied with the terms of his probation.

//

1

Dated:  May 19, 2016				NATIONAL PARK SERVICE

				 /S/ Matthew McNease
				Matthew McNease
				Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 2 in the above referenced matter, *United States v. Alexander Tom*, 6:15-mj-023-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 20, 2016			/s/ *Michael J. Seng*
				UNITED STATES MAGISTRATE JUDGE